UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

AARON EVANS,

    Petitioner,

v.

STEVEN WILLIAMS, *Jailer*,

    Respondent.

CIVIL NO. 5:23-338-KKC-EBA

**ORDER**

\*\*\* \*\*\* \*\*\*

This matter is before the Court on petitioner Aaron Evans' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DE 1) and the magistrate judge's recommendation that the petition be dismissed. (DE 13).

On October 15, 2018, Evans was indicted on charges of trafficking in a controlled substance and possession of marijuana. On August 14, 2020, Evans pled guilty to the trafficking charge. *Evans v. Commonwealth*, No. 2022-CA-1224-MR, 2023 WL 4374497, at \*1 (Ky. Ct. App. July 7, 2023). He filed this § 2254 motion on December 14, 2023. Evans has not filed any objections to the magistrate judge's recommendation that the petition be dismissed. The Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report & Recommendation (DE 13) is ADOPTED as the Court's opinion;

2) Evans' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DE 1) is DISMISSED;

3) a certificate of appealability will not be issued, Evans having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report & Recommendation will be entered.

This 28th day of June, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY